# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01339-JVS-ADS | Date | November 17, 2025 |
| Title | Ryan Walz v. JPMorgan Chase Bank, N.A. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:   **[IN CHAMBERS] Order to Show Cause re: Dismissal for Lack of Prosecution**

The Court, on its own motion, hereby **ORDERS** Plaintiff Ryan Walz to show cause in writing why this action should not be dismissed for lack of prosecution. This must be submitted no later than November 24, 2025. As an alternative to a written response, the Court will consider the filing of the following as an appropriate response to this OSC:

**X**   Stipulation of dismissal of Walz's claims signed by all parties who have appeared, pursuant to Federal Rule of Civil Procedure 41(a)(ii).

In addition, the Scheduling Conference set for November 24, 2025 is **VACATED**. The Court will not reschedule this hearing unless it receives notice that Walz intends to continue prosecuting this case.

**IT IS SO ORDERED.**